# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-2609

**Case Name** Pacific Surf Designs, Inc. v. Whitewater West Industries, Ltd., et al.

**Hearing Location (*city*)** Pasadena

**Your Name** Joshua M. Robbins

List the sitting dates for the two sitting months you were asked to review:

December 2 - 6, 2024
January 13 - 17, 2024

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I have a conflict with the January sitting month as I will be out of town preparing for a trial scheduled to begin on February 4, 2025 in Wave Neuroscience, Inc. v. PeakLogic, Inc., et al, S.D.Cal., Case No. 3:21-cv-01330-CAB-SBC.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** Joshua M. Robbins **Date** August 12, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** *New 12/01/2018*