# Buchalter

18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
949.760.1121 Phone
949.720.0182 Fax

File Number: W4959-9012
949.224.6284 Direct
jrobbins@buchalter.com

September 9, 2024

**VIA CM/ECF E-FILING**

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

    **Re:** *Pacific Surf Designs, Inc. v. WhiteWater West Industries, Ltd.*
          (23-2609)
          Supplemental Authority

Dear Ms. Dwyer:

    Pursuant to Federal Rule of Appellate Procedure 28(j), Defendant-Appellee WhiteWater West Industries, Ltd. calls the panel's attention to the opinion in *Relevant Group, LLC, et al. v. Nourmand, et al.*, Case No. 23-55574. The opinion was published on September 5, 2024, after the briefing in this appeal had been completed.

    In *Relevant Group*, a panel of this Court affirmed a district court's grant of summary judgment to the defendant-appellee based on the *Noerr-Pennington* doctrine, and rejected the plaintiff-appellant's argument that the "sham litigation" exception applied under the test described in *USS-POSCO Indust. v. Contra Costa Cty. Bldg.*, 31 F.3d 800 (9th Cir. 2014). The panel held that because the challenged conduct

buchalter.com

Los Angeles
Napa Valley
Orange County
Portland
Sacramento
San Diego
San Francisco
Scottsdale
Seattle

# Buchalter

Molly C. Dwyer
U.S. Court of Appeals for the Ninth Circuit
September 9, 2024
Page 2

only involved four separate lawsuits and certain related activity, the *POSCO* test did not apply. Slip. Op. at 23.

This opinion is relevant to argument section I(B)(1) of WhiteWater's answering brief, which contends that the district court was not required to instruct the jury on the *POSCO* "sham litigation" standard, as the separate standard established in *Pro. Real Est. Investors, Inc. v. Columbia Pictures, Indus.*, 508 U.S. 49 (1993) was more appropriate. While Plaintiff-Appellant Pacific Surf Designs, Inc. contends that there were five actions in this case, the district court recognized that "there really hasn't been five lawsuits," and both the court and PSD said that even if counted separately, four of the five cases had merit. 8-ER-1505.

WhiteWater hopes that this opinion is helpful to the panel.

Respectfully submitted,

BUCHALTER
A Professional Corporation

By *[signature]*

Joshua M. Robbins

JMR:lam

cc: All Counsel of Record (Via CM/ECF)

BN 84397023v3

Buchalter

Molly C. Dwyer
U.S. Court of Appeals for the Ninth Circuit
September 9, 2024
Page 3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 9, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

_____
Joshua M. Robbins

BN 84397023v3